JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ANSLEY,<br>Plaintiff,<br>v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation; and DOES 1 to 10, Inclusive,<br>Defendants. | Case No. 8:26-cv-00999-JWH-(KESx)<br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>Judge: Hon. John W. Holcomb<br>Complaint Filed: April 27, 2026 |

Based upon the stipulation of the parties and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED** in its entirety **with prejudice**.
2. All dates previously set in this action are **VACATED**.
3. Each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE